Certificate Number: 17082-PAW-DE-039487587

Bankruptcy Case Number: 25-20741



17082-PAW-DE-039487587

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 26, 2025</u>, at <u>7:06</u> o'clock <u>PM MST</u>, <u>SUZANNE M HEILMAN</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date: <u>March 26, 2025</u>              By:    <u>/s/Orsolya K Lazar</u>

Name:  <u>Orsolya K Lazar</u>

Title:   <u>Executive Director</u>