**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert Fredrick Heilman　　　　　　　　　　　　　　CHAPTER 13
　　　　　Suzanne Marie Heilman
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　BKY. NO. 25-20741 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　　Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


/s/ Denise Carlon
Denise Carlon
01 Apr 2025, 12:38:15, EDT

Denise Carlon, Esq. (317226)　☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com