IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Robert Fredrick Heilman and Suzanne Marie Heilman, | ) ) | Bankruptcy No. 25-20741-GLT Chapter 13 |
| Debtors | ) | Related to Document No(s). 10 & 11 |
| | ) | |
| Robert Fredrick Heilman and Suzanne Marie Heilman, | ) ) | Hearing Date and Time: May 14, 2025 at 9:00AM |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents, | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO WAIVE DEBTOR'S ATTENDANCE TO THE SECTION 341 MEETING AND ALLOW POWER OF ATTORNEY TO SUBSTITUTE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion To Waive Debtor's Attendance To The Section 341 Meeting And Allow Power Of Attorney To Substitute filed on March 27, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion To Waive Debtor's Attendance To The Section 341 Meeting And Allow Power Of Attorney To Substitute appears thereon. Pursuant to the Notice of Hearing, objections for Motion To Waive Debtor's Attendance To The Section 341 Meeting And Allow Power Of Attorney To Substitute were to be filed and served no later than April 28, 2025.

It is hereby respectfully requested that the Order attached to the Motion To Waive Debtor's Attendance To The Section 341 Meeting And Allow Power Of Attorney To Substitute be entered by the Court.

Respectfully submitted,
/s/Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
Steidl & Steinberg, P.C.
436 Seventh Avenue
Suite 322, Koppers Building
Pittsburgh, PA 15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com

<u>April 29, 2025</u>
Date: