FILED
4/29/25 2:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Robert Fredrick Heilman and ) | Bankruptcy No. 25-20741 |
| Suzanne Marie Heilman, ) | Chapter 13 |
|     Debtors ) | Related to Docket No. 10 |
| ) | |
| Robert Fredrick Heilman, ) | |
|     Movant ) | |
| ) | |
|     vs. ) | |
| ) | |
| No  Respondents ) | |

**ORDER OF COURT**

AND NOW, to wit, this ___29th Day of April___, 2025, it is hereby ORDERED, ADJUDGED, and DECREED, that the debtor, Robert Fredrick Heilman, is hereby excused from attending the Section 341 Meeting of Creditors in his Chapter 13 bankruptcy case and his wife and power of attorney, Suzanne Marie Heilman is permitted to testify on his behalf.

IT IS SO ORDERED:

_____
Gregory L. Taddonio    drb
Chief U.S. Bankruptcy Judge

# ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-20741-GLT |
| Robert Fredrick Heilman | Chapter 13 |
| Suzanne Marie Heilman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 29, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Fredrick Heilman, Suzanne Marie Heilman, 569 Sloop Road, Pittsburgh, PA 15237-4191 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Lauren M. Lamb | |
| | on behalf of Joint Debtor Suzanne Marie Heilman julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Lauren M. Lamb | |
| | on behalf of Debtor Robert Fredrick Heilman julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Apr 29, 2025 | Form ID: pdf900 | Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 5